# IN THE SUPREME COURT OF THE STATE OF NEVADA

BOBBIE PRICE; SUZANNE LOVELY; AND BRADLEY BAILEY,

Appellants,

vs.

LOREN YOUNGMAN, AN INDIVIDUAL; EMMANUEL BARRIENTOS; AND BELEM CAZARES,

Respondents.

No. 85198

FILED

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion for summary judgment in an action relating to real property. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

Respondents Emmanuel Barrientos and Belem Cazares (hereinafter Barrientos) have filed a motion to dismiss this appeal. Barrientos asserts that the challenged order is not appealable under NRAP 3 because their claims against Wayne Grimes and Tri-State Collection & Foreclosure Services, LLC, remain pending. It appears the challenged order resolves the claims against Tri-State Collection & Foreclosure Services where the order states that all interests of Tri-State Collection & Foreclosure Services, LLC have been terminated as the result of the foreclosure sale. However, it does not appear that the order resolves the claims against Grimes. Accordingly, it does not appear that the order is appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues

such as attorney's fees and costs."). And no other statute or court rule appears to authorize an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr. J.
Gibbons

cc:  Hon. Christy L. Craig, District Judge
     Bobbie Price
     Bradley Bailey
     Suzanne Lovely
     Loren Youngman
     Law Offices of Michael F. Bohn, Ltd.
     Eighth District Court Clerk

---

[1]Appellants may file a new notice of appeal once the district court enters a final judgment resolving all claims asserted in the district court.

The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.